**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   Nos. 85 and 86 MM 2021
:
:
:
v.                            :
:
:
DAVID NORMAN MURPHY           :
:
:
PETITION OF: ERIC J. FILER, ESQUIRE   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, in consideration of the Application to Withdraw Appearance, this matter is REMANDED to the Court of Common Pleas of Schuylkill County for that court to determine whether Attorney Eric J. Filer should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance with respect to a criminal defendant; rather, a court must determine whether leave to withdraw is warranted). In the event the court permits Attorney Filer to withdraw, the court is ORDERED to determine whether David Norman Murphy is entitled to appointment of another attorney for purposes of allocatur review.

    The Court of Common Pleas of Schuylkill County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.